UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LEROY ALEXANDER, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-01389-JMS-MG |
| | ) | |
| IMAGE ONE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Magistrate Judge Mario Garcia has entered a Report and Recommendation, dkt. [51], recommending that the Court **GRANT** Plaintiff's request to voluntarily dismiss this action without prejudice under Federal Rule of Civil Procedure 41(a)(2), dkt. [43] and **DENY** Defendant's Motion for an Award of Attorney's fees and costs, dkt. [47]. The parties were afforded due opportunity to object but have not done so. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1). The Court has considered and now **ADOPTS** the Report and Recommendation, dkt. [51] in its entirety. This cause of action is hereby dismissed without prejudice. Each party to bear its own fees and costs.

Date: 10/21/2024

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF to all counsel of record.**